# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Alonza Woodford,<br>        Plaintiff(s),<br><br>vs.<br><br>Mr. Crab a Taste of Florida, and Victor McNair,<br>        Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:21-cv-2101-MLB |

## **DEFAULT JUDGMENT**

The defendant(s) Mr. Crab a Taste of Florida, and Victor McNair, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Michael L Brown, United States District Judge, by order of April 4, 2022, having directed that judgment issue in favor of plaintiff and against the defendant(s), it is hereby

ORDERED AND ADJUDGED, that the plaintiff Alonza Woodford, recover from the defendant(s) Mr. Crab a Taste of Florida, and Victor McNair, jointly and severally, the amount of $20,883.68, plus interest at the legal rate.

Dated at Atlanta, Georgia this 4th day of April, 2022.

                    KEVIN P. WEIMER
                    CLERK OF COURT

            By:    s/D. Burkhalte
                    Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
April 4, 2022
Kevin P. Weimer
Clerk of Court

By:    s/D. Burkhalter
        Deputy Clerk